Cite as 2015 Ark. App. 317

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CR–14–509

FRANK BEMIS PLEDGER

APPELLANT

V.

STATE OF ARKANSAS

APPELLEE

**Opinion Delivered** May 13, 2015

APPEAL FROM THE MILLER COUNTY CIRCUIT COURT
[NO. 46CR-13-184]

HONORABLE KIRK DOUGLAS JOHNSON, JUDGE

AFFIRMED; MOTION TO WITHDRAW GRANTED

**PHILLIP T. WHITEAKER, Judge**

Appellant Frank Bemis Pledger appeals his Miller County Circuit Court conviction of residential burglary. Appellate counsel has filed a motion with this court to be relieved as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967) and Arkansas Supreme Court Rule 4–3(k) (2014). The motion is accompanied by a no-merit brief containing an abstract and addendum of the proceedings below. The abstract and addendum in counsel's brief include all objections and motions decided adversely to appellant, and counsel explains in the argument portion of his brief why there is nothing in the record that would arguably support an appeal. Pledger has filed a pro se statement of points for reversal, and the State has filed a response thereto.

The test for filing a no-merit brief is not whether there is any reversible error but whether an appeal would be wholly frivolous. *See Tucker v. State*, 47 Ark. App. 96, 885

SLIP OPINION

S.W.2d 904 (1994). From our review of the record and the brief presented to us, including consideration of Pledger's pro se points for reversal, which are either not preserved for appeal or do not otherwise support reversal, we find compliance with Rule 4–3(k) and hold that there is no merit to an appeal.

Affirmed; motion to withdraw granted.

VIRDEN and GRUBER, JJ., agree.

*Phillip A. McGough, P.A.*, by: *Phillip A. McGough*, for appellant.

*Dustin McDaniel*, Att'y Gen., by: *Nicana C. Sherman*, Ass't Att'y Gen., for appellee.